Emma Huber, Appellant, v. Metropolitan Life Insurance Company, Respondent.— Judgment and orders affirmed, with costs. All concur. (The judgment is for plaintiff for the amount deposited for premium only in an action to recover death benefit under a life insurance policy. The two orders deny motions

for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Cunningham, JJ.